**SEALED**
**BY ORDER OF THE COURT**

ORIGINAL

WARNING:  THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 0 1 2018
at 2 o'clock and 10 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00836 KSC |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| vs. | ) |
| WAYNE MILLER, | ) |
| Defendants. | ) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about July 13, 2018, within the District of Hawaii, defendant Wayne Miller, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

/
/
/
/
/
/

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

Sworn to before me and subscribed in my presence, this 1st day of August 2018, at Honolulu, Hawaii.

_____
WILLIAM DITURO, Special Agent
Drug Enforcement Administration

_____
HONORABLE BARRY M. KURREN
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

WILLIAM DITURO, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to the DEA Enforcement Group in Honolulu, HI.

2. On or about July 13, 2018, a DEA Confidential Source (CS) and a DEA Undercover Agent (UC) met with Wayne MILLER in Honolulu, HI. During this meeting, the UC purchased approximately four ounces (one ounce is approximately equivalent to 28.3 grams) of methamphetamine for $2400.00 in serialized government funds.

3. DEA agents conducted a field test of the purchased methamphetamine, which resulted in a positive result for the presence of methamphetamine.

4. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, AUGUST 1, 2018.

_____
WILLIAM DITURO, Special Agent
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendants above-named committed the charged crime found to exist by the undersigned Judicial Officer at 2:00 p.m. on August 1, 2018.

Subscribed and sworn to before me this 1st day of August, 2018.

_____
HONORABLE BARRY M. KURREN
United States Magistrate Judge